[No. 3302–2.   Division Two.   July 28, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
DEE CONRAD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24405, Willard J. Roe, J., entered

October 29, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Andersen, J.